19402.    SLATON *et al. v.* THE STATE.

BROYLES, C. J.   The evidence, although circumstantial, was sufficient to exclude every reasonable hypothesis save that of the defendant's guilt of possessing intoxicating liquor, and the overruling of the certiorari was not error for any reason assigned.

*Judgment affirmed.    Luke and Bloodworth, JJ., concur.*

DECIDED MARCH 6, 1929.

*H. A. Allen,* for plaintiffs in error.
*Carlton W. Binns, solicitor, John A. Boykin, solicitor-general, J. W. LeCraw,* contra.